**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) ) ) | **ORDER RE MOTION TO SEAL** |
| Residence and out buildings located at ) #1356, rural Belcourt, North Dakota, ) belonging to Duane Peltier. The ) structures include a tan and brown one ) story residence and several outbuildings ) located to the west of the residence; ) located on a north/south street that ) intersects BIA Road #10, between ) Creeksite Housing and 98th St. NE; ) located on the E 1/2 of the NE 1/4 ) Section 29, Township 162 N, Range ) 70W, all in the Couture Township, ) Rolette County, on Tribal land within ) the exterior boundaries of the Turtle ) Mountain Indian reservation. Also, ) a white in color Dodge Dakota with ) Turtle Mountain Band of Chippewa ) license plate # 054, which belongs to ) Duane Peltier ) | Case No. 4:08-mj-016 |

The court hereby **GRANTS** the Government's Motion to Seal all materials associated with the issuance of the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, and this order.

**IT IS SO ORDERED.**

Dated this 1st day of May

/s/  *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge